Mark Deatherage (Bar No. 010208)
mark.deatherage@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music, Inc.; Fourteenth Hour Music Inc.; Cotillion Music, Inc. d/b/a Pronto Music; Broken Arrow Music Corporation; Welsh Witch Music; Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc. No Surrender Music, A Division Of Praxis International Communications, Inc.; Coral Reefer Music; AF Circle C Fund LLC d/b/a Lovolar Music,<br><br>Plaintiffs,<br><br>v.<br><br>HGJB Enterprises LLC d/b/a What The Hell Bar & Grill; Jason E. Bowen; Henry Lee Guerra; Jeb Trust; and Henry L. Guerra Family Trust,<br><br>Defendants. | No. CV-19-2473-PHX-SMB<br><br>**STIPULATION FOR DISMISSAL** |

The parties, pursuant to settlement, stipulate to dismissal of this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 22nd day of August, 2019.

                GALLAGHER & KENNEDY, P.A.


                By: /s/ Mark Deatherage
                    Mark Deatherage
                    2575 East Camelback Road
                    Phoenix, Arizona  85016-9225
                    Attorneys for Plaintiffs


HOLDEN WILLITS PLC


                By: /s/ Nelson A. F. Mixon
                    Nelson A. F. Mixon
                    Two North Central Avenue, Suite 1760
                    Phoenix, Arizona 85004
                    Attorneys for Defendants


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of August, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                /s/ Andrea L. Parker